UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>-v.-<br>ANTONIO VASQUEZ-HIDALGO,<br>Defendant. | 26 Cr. 202 (JHR)<br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Antonio Vasquez-Hidalgo may wish to enter a change of plea. Accordingly, on **December 7, 2026** at **3:00 p.m.**, a plea proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 16, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge